## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:12−cv−04603−KAM−CLP

| | |
|---|---|
| Gluck v. Craner, Satkin, Scheer &Scwartz | Date Filed: 09/13/2012 |
| Assigned to: Judge Kiyo A. Matsumoto | Date Terminated: 01/14/2013 |
| Referred to: Magistrate Judge Cheryl L. Pollak | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Judy Gluck**
*on behalf of herself and all other similarly consumers*

represented by **Maxim Maximov**
Maxim Maximov &Associates
1600 Avenue M.
2nd Flr.
Brooklyn, NY 11230
(718) 395−3459
Email: m@maximovlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Craner, Satkin, Scheer &Scwartz**
*A Professional Corporation*

represented by **Elizabeth Ann Schmid**
Winget Spadafora &Schwartzberg LLP
45 Broadway
New York, NY 10006
212−221−6900
Fax: 212−221−6989
Email: schmid.e@wssllp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2012 | Ï 1 | COMPLAINT against Craner, Satkin, Scheer &Scwartz Disclosure Statement on Civil Cover Sheet completed −Yes,, filed by Judy Gluck. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 09/18/2012) |
| 09/13/2012 | Ï | FILING FEE: $ 350.00, receipt number 4653048960 (Davis, Kimberly) (Entered: 09/18/2012) |
| 09/18/2012 | Ï 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 09/18/2012) |

| | | |
|---|---|---|
| 10/03/2012 | Ï | Case Ineligible for Arbitration (Credle, Rita) (Entered: 10/03/2012) |
| 10/26/2012 | Ï | Summons Issued as to Craner, Satkin, Scheer &Scwartz. (Klein, Vivian) (Entered: 10/26/2012) |
| 12/03/2012 | Ï 3 | SUMMONS Returned Executed by Judy Gluck. Craner, Satkin, Scheer &Scwartz served on 11/27/2012, answer due 12/18/2012. (Maximov, Maxim) (Entered: 12/03/2012) |
| 12/17/2012 | Ï 4 | SUMMONS Returned Executed by Judy Gluck. Craner, Satkin, Scheer &Scwartz served on 12/12/2012, answer due 1/2/2013. (Maximov, Maxim) (Entered: 12/17/2012) |
| 01/02/2013 | Ï 5 | MOTION for pre motion conference by Craner, Satkin, Scheer &Scwartz. (Schmid, Elizabeth) (Entered: 01/02/2013) |
| 01/07/2013 | Ï | ORDER granting 5 Defendant's Motion for Pre−Motion Conference. On 2/5/2013 at 2:00 PM, the parties shall appear by telephone for a pre−motion conference regarding Defendant's proposed motion to dismiss for improper venue. Counsel for the Defendant shall initiate the call with counsel for Plaintiff and call the court at 718−613−2180 when all parties are on the line. Plaintiff shall respond to Defendant's letter motion no later than 1/10/2013. Ordered by Judge Kiyo A. Matsumoto on 1/7/2013. (Tolentino, Raymond) (Entered: 01/07/2013) |
| 01/07/2013 | Ï 6 | RESPONSE to Motion re 5 MOTION for pre motion conference filed by Judy Gluck. (Maximov, Maxim) (Entered: 01/07/2013) |
| 01/08/2013 | Ï | ORDER re 6 Plaintiff's Response to Defendant's Motion for Pre−Motion Conference. By 1/10/2013, Defendant shall reply to Plaintiff's Response dated 1/7/2013 6 and shall inform the court if Defendant consents to this court construing its motion for a pre−motion conference 5 as an unopposed motion to transfer this action to the Southern District of New York. Ordered by Judge Kiyo A. Matsumoto on 1/8/2013. (Tolentino, Raymond) (Entered: 01/08/2013) |
| 01/10/2013 | Ï 7 | Letter by Craner, Satkin, Scheer &Scwartz (Schmid, Elizabeth) (Entered: 01/10/2013) |
| 01/14/2013 | Ï | ORDER to transfer venue. By letter dated 1/2/2013 5 , Defendant filed a pre−motion conference letter regarding its proposed motion to dismiss for improper venue. On 1/7/2013, Plaintiff filed her response 6 and expressed her consent to the transfer of this action to the Southern District of New York. By letter dated 1/10/2013 7 , Defendant consented to the court construing its pre−motion conference letter as an unopposed motion to transfer this action to the Southern District of New York. Accordingly, upon the parties' consent, the court hereby grants Defendant's motion to transfer this action to the Southern District of New York. The Clerk of the Court is respectfully directed to take the necessary steps to transfer this action to the Southern District of New York. Ordered by Judge Kiyo A. Matsumoto on 1/14/2013. (Tolentino, Raymond) (Entered: 01/14/2013) |
| 01/14/2013 | Ï | Case transferred to the Southern District of New York. Original file, copy of transfer order, and docket sheet sent via ECF. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Brucella, Michelle) (Entered: 01/14/2013) |