UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUDY GLUCK

                                  Case No. 13-cv-0297

              Plaintiff,        Hon. Richard J. Sullivan

      v.                    **ANSWER WITH AFFIRMATIVE**
                                  **DEFENSES**

CRANER, SATKIN, SCHEER &
SCHWARTZ, P.C.

             Defendant.
-----------------------------------------------------------X

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant by and through its attorneys, Winget, Spadafora & Schwartzberg, LLP, hereby makes the following disclosure statement:

A.    Parent Corporation

To date, Defendant does not have a parent corporation.

B.    List of Publicly Held Corporations Owning 10% or More of Defendant

To date, there are no publicly held corporations that own 10% or more of Defendant.

Dated: New York, New York
       February 12, 2013                    WINGET, SPADAFORA &
                                                  SCHWARTZBERG, LLP
                                                  Attorneys for Defendant

                                      By:    /s/ Elizabeth Schmid_____
                                                 Elizabeth Schmid (ES-1294)
                                                 45 Broadway, 19th Floor
                                                 New York, New York 10006
                                                 Telephone: (212) 221-6900